# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOE LEWIS DEES, JR.,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:19-00209-KD-B** |
| | ) | |
| **TOM BOATWRIGHT,** *et al.***,** | ) | |
|     **Defendants.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 29, 2020 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice, prior to service of process, pursuant to Fed.R.Civ.P. Rule 41(b), for failure to prosecute and obey the Court's orders.

**DONE** and **ORDERED** this the **17th** day of **July 2020.**

                              /s/ Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**