# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOE LEWIS DEES, JR.,**    ) | |
|     Plaintiff,                            ) | |
|                                                  ) | |
| v.                                            ) | **CIVIL ACTION 1:19-00209-KD-B** |
|                                                  ) | |
| **TOM BOATWRIGHT,** *et al.*,   ) | |
|     Defendants.                        ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) for failure to prosecute and failure to obey the Court's orders**.**

**DONE** and **ORDERED** this the **17th** day of **July 2020.**

/s/ Kristi K. DuBose
 **KRISTI K. DuBOSE**
 **CHIEF UNITED STATES DISTRICT JUDGE**